UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Robert Eicher, Susan Eicher, individually
and as parents and representatives of
their minor children: Elizabeth, Anna Marie,
Andrew, Matthew, and Marty Eicher,
**Plaintiffs,**

V.

**WITHDRAW**
BWW TRANSPORT, INC., and

LESZEK NIKIEL, **Defendants.**
_____

Case No.

ORDER GRANTING

PERMISSION FOR
ATTORNEY TO

    Attorney Michael Kane, an active member in good standing of the bar of the State of Colorado, whose business address and telephone is: PO Box 1652, Evergreen, CO, 80437-1652, phone: 303 567 0774, having applied in the above entitled action for who was admitted to practice pro hac vice in this action on September 7, 2005, has filed an application to withdraw as attorney representing the plaintiffs and the court notes that the plaintiffs and Attorney Titus Peterson signed their approval of the application to withdraw and that Mr. Peterson filed an application pro hac vice to represent plaintiffs in this couse of action on December 16, 2005, and,

    IT IS THEREFORE THE ORDER OF THE COURT THAT the application to withdraw filed by Attoney Kane is GRANTED

Dated: _Feb. 7, 2006_____

_____
United States District Judge