IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert Eicher et al., | NO. C 05-03585 JW |
|         Plaintiff(s), | **ORDER GRANTING MOTION TO ENLARGE TIME TO EFFECTUATE SERVICE OF THE SUMMONS AND COMPLAINT AND TO RESET THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| BWW Transport, Inc. et al., | |
|         Defendant(s). | |

Plaintiff's motion to enlarge the time to effectuate service of the summons and complaint, filed January 13, 2006, is granted based upon the representation of Plaintiff's counsel that the insurance adjustor for BWW Transport, Inc., requested a delay in service in order to try to settle case. Plaintiff shall effectuate service no later than June 5, 2006.

The case management conference scheduled for March 27, 2006 is continued to September 11, 2006 at 10:00 a.m. The parties shall file a joint case management statement no later than August 31, 2006.

Dated: February 8, 2006                                          /s/James Ware
                                                                             JAMES WARE
                                                                             United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Titus Peterson Titusdp@msn.com

**Dated: February 9, 2006**                              **Richard W. Wieking, Clerk**

**By:  /s/JW Chambers**
       **Melissa Peralta**
       **Courtroom Deputy**