UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert Eicher and Susan Eicher individually
and as parents and representatives of their
minor children: Elizabeth, Anna Marie,
Andrew, Matthew and Marty Eicher
       Plaintiffs,

v.

BWW Transport, Inc., and Leszek
Nikiel
       Defendants.

CASE NO. C05 03585 JW

[Proposed]
ORDER GRANTING
APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

     Gregory A. Gold, an active member in good standing of the bar of Colorado, whose business address and telephone number is 7375 East Orchard Road, Suite 300, Greenwood Village, Colorado 80111; (303) 694-2666, having applied in the above-entitled action for admission to practice in the Northern District of Colorado on a *pro hac vice* basis, representing all the above captioned Plaintiffs.

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 11 2007

_____
United States Judge