1  STEVEN D. WERTH # 121153
   LOW, BALL & LYNCH
2  505 Montgomery Street, 7th Floor
   San Francisco, California 94111-2584
3  Telephone (415) 981-6630
   Facsimile (415) 982-1634
4
   Attorneys for Defendants
5  BWW TRANSPORT, INC. and LESZEK NIKIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EICHER, SUSAN EICHER, individually as parents and representatives of their minor children; ELIZABETH, ANNA MARIE, ANDREW, MATTHEW, and MARTY EICHER,<br><br>Plaintiff,<br><br>vs.<br><br>BWW TRANSPORT, INC. and LESZEK NIKIEL,<br><br>Defendants. | NO. C-05-3585 JW<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR DISCLOSURE OF EXPERT WITNESS INFORMATION** |

The parties hereto, by and through their attorneys of record herein, hereby stipulate and agree as follows:

1. Disclosure of expert witness information in this matter is presently scheduled for February 2, 2007. The parties request a short continuance of the disclosure of expert witness information for 30 days, or no earlier than March 5, 2007. The reason for this request is because Steven D. Werth, attorney for defendants BWW TRANSPORT, INC. and LESZEK NIKIEL was recently hospitalized, and it is anticipated that he will not be returning to the office until the week of February 5, 2007.

2. There have been no prior continuances of the disclosure of expert information in this matter.

For the above-stated reasons, and for good cause shown, the parties request that the disclosure of

expert witness information be continued for 30 days, or no earlier than March 5, 2007.

This stipulation may be signed in counterparts.

Dated: January _____, 2007.

LOW, BALL & LYNCH

By ____/s/_____
STEVEN D. WERTH
Attorneys for Defendants
BWW TRANSPORT, INC. and LESZEK NIKIEL

Dated: January _____, 2007.

WALKUP, MELODIA, KELLY, WECHT
 & SCHOENBERGER

Dated: January _____, 2007.

By ____/s/_____
RICHARD H. SCHOENBERGER
Attorneys for Plaintiffs

KIEL, TRUEAX & GOLD, LLC

By ____/s/_____
GREGORY A. GOLD
Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The February 2, 2007 disclosure of expert information is vacated. The new date for the disclosure of expert information is __March 5__, 2007.

Dated: ~~January~~ February __1__, 2007.

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

-2-