## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Robert Eicher and Susan Eicher individually
and as parents and representatives of their
minor children: Elizabeth, Anna Marie,
Andrew, Matthew and Marty Eicher
        Plaintiffs,

v.

BWW Transport, Inc., and Leszek
Nikiel
        Defendants.

CASE NO. C05 03585 JW

STIPULATION AND ORDER
TO CONTINUE DATE FOR
DISCLOSURE OF EXPERT
WITNESS INFORMATION AND
FOR CLOSE OF DISCOVERY

---

The parties hereto, by and through their attorneys of record herein, hereby stipulate and agree as follows:

1. Disclosure of expert witness information is presently scheduled for March 5, 2007 and Close of Discovery in this matter is presently set for April 6, 2007. The parties request a short continuance of both deadlines until June 25, 2007. The reason for this request is that the parties have reached a consensus that the case is now appropriate for private mediation and wish to reduce if not avoid the anticipated legal and expert fees associated with Expert Disclosures and discovery pending the outcome of such mediation. The parties are currently in the process of scheduling the mediation which is anticipated to occur in April, 2007.

2. There has been one 30-day stipulated continuance of the disclosure of expert information in this matter.

For the above-stated reasons, and for good cause shown, the parties request that the disclosure of expert witness information and the close of discovery be continued until June 25, 2007.

This stipulation may be signed in counterparts.

Dated: March ___, 2007.

          LOW, BALL & LYNCH

          By: _____
              /s/ STEVEN D. WERTH
              Attorneys for Defendants
              BWW TRANSPORT, INC. and LESZEK NIKIEL

Dated: March 5, 2007.

          WALKUP, MELODIA, KELLY, WECHT
          & SCHOENBERGER

          By: _____
              /s/ RICHARD H. SCHOENBERGER
              Attorneys for Plaintiffs

Dated: March 2, 2007.

          KIEL, TRUEAX & GOLD, LLC

          By: _____
              /s/ GREGORY A. GOLD
              Attorneys for Plaintiffs

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The March 5, 2007 disclosure of expert information and the April 9, 2007 close of discovery are now vacated. The new date for the disclosure of expert information and close of discovery is _____, 2007.

Dated: March ___, 2007.

          _____
          HON. JAMES WARE
          UNITED STATES DISTRICT JUDGE

Dated: March 4, 2007.

LOW, BALL & LYNCH

By: _____
/s/ STEVEN D. WERTH
Attorneys for Defendants
BWW TRANSPORT, INC. and LESZEK NIKIEL

Dated: March ___, 2007.

WALKUP, MELODIA, KELLY, WECHT
& SCHOENBERGER

By: _____
/s/ RICHARD H. SCHOENBERGER
Attorneys for Plaintiffs

Dated: March 2, 2007.

KIEL, TRUEAX & GOLD, LLC

By: _____
/s/ GREGORY A. GOLD
Attorneys for Plaintiffs

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The March 5, 2007 disclosure of expert information and the April 9, 2007 close of discovery are now vacated. The new date for the disclosure of expert information and close of discovery is _____June 25_____, 2007.

Dated: March 8, 2007.

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE