IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert Eicher, et al., | NO. C 05-03585 JW |
|       Plaintiffs, <br> v. | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| BMW Transport, Inc., et al., | |
|       Defendants. | |

In light of the parties' responses, the Court continues the hearing on Order to Show Cause Re: Settlement to allow Plaintiffs to find Indiana counsel to represent the minors in probate court for settlement approval. (See Docket Item Nos. 34, 35.) The hearing is continued from October 1, 2007 to **December 10, 2007 at 9 AM.**

On or before **November 29, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a). If a stipulated dismissal is not filed, the parties shall file a joint statement in response to the Order to Show Cause on the same day. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action. This is the parties' final continuance.

Dated: September 28, 2007

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gregory Gold vanessa@ktglegal.com
Richard Henry Schoenberger rschoenberger@walkuplawoffice.com
Steven Douglas Werth swerth@lowball.com

**Dated: September 28, 2007**  **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers
         Elizabeth Garcia
         Courtroom Deputy**