# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



Robert Eicher and Susan Eicher individually and as parents and representatives of their minor children: Elizabeth, Anna Marie, Andrew, Matthew and Marty Eicher
    Plaintiffs,

v.

BWW Transport, Inc., and Leszek Nikiel
    Defendants.

CASE NO. C05 03585 JW

**JOINT STATEMENT AND ORDER IN RESPONSE TO ORDER TO SHOW CAUSE DATED SEPTEMBER 28, 2007**

---

The parties are in agreement that a settlement has been reached in this matter. This settlement has to be approved by the probate court in Indiana. The Plaintiffs moved to Indiana following the settlement of this matter. Undersigned Plaintiff counsel attempted to locate counsel in Indiana to file this petition. The Plaintiffs live in an exceptionally rural area of Indiana, and retaining counsel for a reasonable amount was difficult, but this has finally been accomplished. The probate papers are now filed with the Indiana court, and Plaintiff counsel is hopeful that these will be approved within the next thirty (30) to forty-five (45) days.

As soon as the probate court in Indiana approves the settlement in this matter, the parties will file a Notice of Dismissal. Again, it is expected that this will probably be filed, barring unusual delays in the Indiana courts, within the next forty-five (45) days.

**WHEREFORE**, the parties request that they be granted an extension to file a Notice of Dismissal until January 31, 2008.

This stipulation may be signed in counterparts.

Dated: November 29, 2007.

LOW, BALL & LYNCH

By: _____
/s/ STEVEN D. WERTH
Attorneys for Defendants
BWW TRANSPORT, INC. and LESZEK NIKIEL

Dated: November 29, 2007.

KIEL, TRUEAX & GOLD, LLC

By: _____
/s/ GREGORY A. GOLD
Attorneys for Plaintiffs

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The December 10, 2007 hearing on Order to Show Cause is now vacated. The new date for the hearing on Order to Show Cause is **February 11, 2008 at 9 A.M.** The parties shall file a Joint Status Report by **February 1, 2008** if a Stipulated Dismissal is not on file before then. This is a Final Continuance.

Dated: __December 4__, 2007.

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE