STEVEN D. WERTH #121153
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
BWW TRANSPORT, INC. AND LESZEK NIKIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT EICHER, SUSAN EICHER, individually ) NO. C-05-3585 JW
as parents and representatives of their minor )
children; ELIZABETH, ANNA MARIE, ANDREW, ) STIPULATION REGARDING
MATTHEW, and MARTY EICHER, ) DISMISSAL AND [PROPOSED]
) ORDER
Plaintiff, )
)
vs. )
)
BWW TRANSPORT, INC. and LESZEK NIKIEL, )
)
Defendants. )
_____ )

The parties in the above-referenced matter hereby stipulate that they have settled this case and hereby seek to have this matter dismissed with prejudice. Each party to bear their own costs and attorney fees.

Dated: January ___, 2008.                LOW, BALL & LYNCH

                                         By_____
                                         STEVEN D. WERTH
                                         Attorneys for Defendants
                                         BWW TRANSPORT, INC. AND LESZEK
                                         NIKIEL

Dated: January 24, 2008.                 KIEL, TRUEAX & GOLD, LLC

                                         By_____
                                         GREGORY A. GOLD
                                         Attorneys for Plaintiffs

-1-

## ORDER REGARDING STIPULATION

The Court, having considered the foregoing stipulation, and good cause and the interests of justice otherwise appearing,

IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice, each party to bear its own costs and attorney fees.

SO ORDERED. The Court terminates all pending motions, hearings, and deadlines. The Clerk shall close this file.

Dated: January _28_, 2008.

*James Ware*

JAMES WARE
UNITED STATES DISTRICT JUDGE